# EXHIBIT D

THIEL CAPITAL MANAGEMENT, LLC
3000 Sand Hill Road, Building 1, Suite 255, Menlo Park, CA 94025
TELEPHONE: (650) 561-9370 FAX: (650) 561-9371

May 2, 2002

Amit Choudhury
2000 Van Ness Ave. Suite 500
San Franciso, CA 94109

Dear Mr. Choudhury:

Enclosed is a check representing full payment for your interest in Thiel Capital Management, LLC ("TCM"). This payment equals your share of total net income through 2001 as well as your ownership percentage of the equity value of TCM. TCM's equity value is 5% of funds under management at the end of 2001. As the income generated to date by TCM has been small, we feel this simplification will relieve us of a huge administrative burden. For the past three years, I have personally paid the taxes for each TCM limited partner rather than issue separate K-1s to everyone. At this point, we are anxious to finalize this and avoid having to issue separate K-1s to each investor going forward.

The payment should be reported on Schedule D of your **2002** tax return as proceeds from sales. Your basis equals 1% allocation of the original investment in TCI. If you already liquidated your TCI investment then you will have zero basis in the TCM investment.

To show your acceptance of this offer, please sign in the space provided below. Please return a copy of this letter to Thiel Capital Management in the self-addressed stamped envelope included with this letter.

If you have any questions, as always feel free to contact me at (650) 561-9370.

Sincerely yours,

Peter Thiel
Managing Member, Thiel Capital Management, LLC,
Managing Member, Thiel Capital International, LLC

I agree to sell my ownership interest in Thiel Capital Management, LLC, at the terms described above.

Sign: ______________________ Date: ____________

1070

**THIEL CAPITAL MANAGEMENT, LLC**
3000 SANDHILL RD.
BLDG 1 STE. 255
MENLO PARK, CA 94025-7113

11-7016 110
3210

DATE 5/2 2002

PAY TO THE ORDER OF AMIT CHOUDHURY $ 372.00

THREE HUNDRED AND SEVENTY-TWO DOLLARS ONLY DOLLARS

Security features included. Details on back.

**BayViewBank®**
MENLO-ATHERTON OFFICE, 1105 EL CAMINO REAL, MENLO PARK, CA 94025

FOR

MP

⑈001070⑈ ⑆321070162⑆ 6005306150 3⑈

# EXHIBIT E

Clarium Capital Management LLC 1 Letterman Drive_Building C
Suite 400 The Presidio_San Francisco California 94129 clariumcapital.com

Bruce Gibney_General Counsel
bgibney@clariumcapital.com

p _ 415 248 5161
f _ 415 248 5141
m_ 415 871 3081

July 20, 2006

*VIA FACSIMILIE (w/o enclosures) & EXPRESS MAIL (w enclosure)*

Daniel R. Formeller, Esq.
Tressler, Soderstrom, Maloney & Priess LLP
233 S. Wacker Drive
Chicago, IL 60606

Re: AMISIL/Clarium

Dear Mr. Formeller:

This letter shall serve as notice that, pursuant to section 7.3 of the Second Amended And Restated Limited Liability Company Agreement of Clarium Capital Management LLC, Amisil Holdings Ltd. ("Amisil"), to the extent it retains an interest in Clarium Capital Management LLC ("Clarium") is hereby mandatorily retired as a Member of Clarium as of July 26, 2006. Copies of the Agreement, previously sent to Steve Thayer, Amisil's prior counsel, are attached for your reference.

An accounting and, where applicable, settlement of Amisil's Capital Account and Membership Interest, if any, will be provided within thirty (30) days of July 26, 2006.

Very truly yours,

Bruce Gibney
General Counsel

cc: Amisil c/o Mr. Amit Choudhury
Alda Leu, Esq.
Howard S. Caro, Esq.

Encl.