| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| HARVEY L. LEIDERMAN, Bar #55838<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 543-8700    FAX No: 415 391-8269 | |
| Attorney for: Plaintiff, Amisil Holdings Ltd., et al. | Ref. No. or File No.:<br>360757.60001 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: AMISIL HOLDINGS LTD., a Cyprus Corporation
Defendant: CLARIUM CAPITAL MANAGEMENT, LLC, et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date:<br>Tue, Nov. 28, 2006 | Time:<br>2:00PM | Dept/Div:<br>11 | Case Number:<br>C 06 5255 MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND A D R DEADLINES; CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; COURT RULES AND GUIDELINES; E C F REGISTRATION INFORMATION HANDOUT

3. a. Party served: CLARIUM CAPITAL MANAGEMENT, LLC f/k/a THIEL CAPITAL MANAGEMENT LLC, a Delaware limited liability company
   b. Person served: KATHY CORUCCINI, LEGAL DEPARTMENT

4. Address where the party was served: 1 LETTERMAN DRIVE
   BUILDING C, SUITE 400
   SAN FRANCISCO, CA 94129

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 30, 2006 (2) at: 12:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CLARIUM CAPITAL MANAGEMENT, LLC f/k/a THIEL CAPITAL MANAGEMENT LLC, a Delaware limited liability company
   Under CCP 416.40 (association or partnership)

7. Person Who Served Papers:
   a. RAIMUNDO CARVALHO

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Aug. 30, 2006

   PROOF OF SERVICE
   SUMMONS IN A CIVIL CASE                (RAIMUNDO CARVALHO)
                                           6306309  .harle-rs.28713