| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| TITA K. BELL, ESQ.<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>SUITE 2000<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-543-8700     FAX No: 415-391-8269 | |

Ref. No. or File No.:

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: AMISIL HOLDINGS, LTD., ETC.

Defendant: CLARIUM CAPITAL MANAGEMENT, ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C065255 MJJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; NOTICE OF AVAILABILITY; NOTICE OF LAWSUIT; ECF HANDOUT; CIVIL COVER SHEET

3. a. *Party served:*                    JASON PORTNOY
   b. *Person served:*                   JONATHAN P. HAYDEN, ESQ., AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:*     HELLER EHRMAN
                                             333 BUSH STREET
                                             9TH FLOOR
                                             SAN FRANCISCO, CA 94111

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 08, 2006 (2) at: 3:50PM

7. *Person Who Served Papers:*
   a. ALOIZIO COSTA

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

d. *The Fee for Service was:*

e. I am: (3) registered California process server
   (i) Employee
   (ii) *Registration No.:*     2002-0000962
   (iii) *County:*              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Sep. 11, 2006

   (ALOIZIO COSTA)