| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>TITA K. BELL, ESQ.<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>SUITE 2000<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-543-8700   *FAX No:* 415-391-8269<br>*Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* AMISIL HOLDINGS, LTD., ETC. | |
| *Defendant:* CLARIUM CAPITAL MANAGEMENT, ETC., ET AL. | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C065255 MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; NOTICE OF AVAILABILITY; NOTICE OF LAWSUIT; ECF HANDOUT; CIVIL COVER SHEET

3. a. *Party served:* PETER THIEL
   b. *Person served:* JONATHAN P. HAYDEN, ESQ., AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:* HELLER EHRMAN
   333 BUSH STREET
   9TH FLOOR
   SAN FRANCISCO, CA 94111

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 08, 2006 (2) at: 3:50PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALOIZIO COSTA
   
   d. *The Fee for Service was:*
   
   e. *I am:* (3) registered California process server
   (i) Employee
   (ii) Registration No.: 2002-0000962
   (iii) County: San Francisco

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Sep. 11, 2006

(ALOIZIO COSTA)
6306315.reesmsf.29971

Judicial Council Form
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUMMONS & COMPLAINT