| | |
|---|---|
| *Attorney or Party without Attorney:*<br>TITA K. BELL, ESQ.<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>SUITE 2000<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-543-8700  *FAX No:* 415-391-8269 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* AMISIL HOLDINGS, LTD., ETC.
*Defendant:* CLARIUM CAPITAL MANAGEMENT, ETC., ET AL.

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C065255 MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; NOTICE OF AVAILABILITY; NOTICE OF LAWSUIT; ECF HANDOUT; CIVIL COVER SHEET

3. a. Party served:       MARK WOOLWAY
   b. Person served:     JONATHAN P. HAYDEN, ESQ., AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:  HELLER EHRMAN
                                         333 BUSH STREET
                                         9TH FLOOR
                                         SAN FRANCISCO, CA 94111

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 08, 2006 (2) at: 3:50PM

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALOIZIO COSTA
                                                       d. *The Fee for Service was:*
   First Legal Support Services
   ATTORNEY SERVICES                                   e. I am: (3) registered California process server
   1138 HOWARD STREET                                      (i)  Employee
   San Francisco, CA 94103                                 (ii) Registration No.:   2002-0000962
   (415) 626-3111, FAX (415) 626-1331                      (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Sep. 11, 2006

   *(ALOIZIO COSTA)*

   Judicial Council Form                PROOF OF SERVICE                    6306315.reesmsf.29969
   Rule 982.9.(a)&(b) Rev July 1, 2004  SUMMONS & COMPLAINT