Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants
Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy and Mark Woolway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>                              Defendants. | Case No.: C 06 5255 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION PENDING ARBITRATION**<br><br>**9 U.S.C. §§ 3, 4**<br><br>Hearing Date:   October 24, 2006<br>Time:              9:30 a.m.<br>Courtroom:       11<br><br>The Honorable Martin J. Jenkins |

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR STAY OF LITIGATION PENDING ARBITRATION, Case No. C 06 5255 MJJ

1  Pursuant to the Federal Arbration Act, 9 U.S.C. Sections 3 and 4, Defendants'
2  Motion to Compel Arbitration and for a Stay Pending Arbitration is hereby GRANTED.
3  IT IS HEREBY ORDERED that all claims Plaintiff asserts in this action be
4  arbitrated.
5  IT IS FURTHER ORDERED that this action is stayed pending arbitration.
6  IT IS SO ORDERED.
7  DATED:

The Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR STAY OF LITIGATION PENDING ARBITRATION, Case No. C 06 5255 MJJ