Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants
Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy and Mark Woolway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No.: C 06 5255 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>**Civ. L.R. 6-3**<br><br>No Hearing Date Set<br><br>The Honorable Martin J. Jenkins |

Heller
Ehrman LLP

1  Pursuant to Civil Local Rule 6-3, Defendants' Motion to Enlarge Time to Respond
2  to the Complaint is hereby GRANTED.
3  IT IS HEREBY ORDERED that Defendants shall respond to the Complaint 20 days
4  after the Court either lifts the stay requested by Defendants' concurrently filed Motion to
5  Compel Arbitration and to Stay Litigation Pending Arbitration or denies Defendants'
6  Motion to Compel Arbitration.
7  IT IS SO ORDERED:
8  DATED:

　　　　　　　　　　　　　　　　　　The Honorable Martin J. Jenkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE