1  Howard S. Caro (SBN 202082)
   Cecilia Y. Chan (SBN 240971)
2  Nathaniel R. Spencer-Mork (SBN 226886)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5  Howard.Caro@hellerehrman.com
   Cecilia.Chan@hellerehrman.com
6  Nate.SpencerMork@hellerehrman.com

7  Robert B. Hawk (SBN 118054)
   HELLER EHRMAN LLP
8  275 Middlefield Road
   Menlo Park, CA 94025-3506
9  Phone: +1.650.324.7000
   Facsimile: +1.650.324.0638
10 Robert.Hawk@hellerehrman.com

11 Attorneys for Defendant
   Clarium Capital Management, LLC

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15 | AMISIL HOLDINGS LTD., a Cyprus Corporation,

16

17                      Plaintiff,

18       v.

19 CLARIUM CAPITAL MANAGEMENT, LLC, et al.,

20                      Defendants.

21

22

23

Case No.: C 06 5255 MJJ

**[PROPOSED] ORDER GRANTING DEFENDANT CLARIUM CAPITAL MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

**FRCP 12(B)(6)**

Hearing Date: November 7, 2006
Time: 9:30 a.m.
Courtroom: 11

The Honorable Martin J. Jenkins

24

25

26

27

28

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING DEFENDANT CLARIUM CAPITAL MANAGEMENT, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, Case No. C 06 5255 MJJ

1  Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendant Clarium
2  Capital Management, LLC's Motion to Dismiss for Failure to State a Claim is hereby
3  GRANTED.
4  IT IS HEREBY ORDERED that all claims Plaintiff asserts in this action be
5  dismissed with prejudice.
6  IT IS SO ORDERED.
7  DATED:

        The Honorable Martin J. Jenkins
        UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP

2

[PROPOSED] ORDER GRANTING DEFENDANT CLARIUM CAPITAL MANAGEMENT, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, Case No. C 06 5255 MJJ