Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy, and Mark Woolway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>                    Defendants. | Case No.: C 06 5255 MJJ<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT [DOCKET # 15]**<br><br>**Civ. L.R. 6-3**<br><br>No Hearing Date Set<br><br>The Honorable Martin J. Jenkins |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 7-7(e), Defendants hereby withdraw the Motion To Enlarge Time To Respond To Complaint [Docket # 15] filed September 14, 2006.

September 20, 2006                               Respectfully submitted,

HELLER EHRMAN LLP


By     /s/ Robert B. Hawk
        ROBERT B. HAWK

Attorneys for Defendants
CLARIUM CAPITAL MANAGEMENT, PETER THIEL, JASON PORTNOY and MARK WOOLWAY

Heller Ehrman LLP

1

NOTICE WITHDRAWAL OF MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT,
Case No. C 06-5255 MJJ