Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants
Peter Thiel, Jason Portnoy and Mark Woolway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>                    Defendants. | Case No.: C 06 5255 MJJ<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**FRCP 12(b)(6)**<br><br>Hearing Date:  November 7, 2006<br>Time:          9:30 a.m.<br>Courtroom:     11<br><br>The Honorable Martin J. Jenkins |

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO DISMISS FOR FAILURE TO STATE A CLAIM, Case No. C 06 5255 MJJ

1  Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Motion of Defendants
2  Peter Thiel, Jason Portnoy and Mark Woolway to Dismiss for Failure to State a Claim is
3  hereby GRANTED.
4  IT IS HEREBY ORDERED that all claims Plaintiff asserts in this action be
5  dismissed with prejudice.
6  IT IS SO ORDERED.
7  DATED:

                                                The Honorable Martin J. Jenkins
                                                UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP

2

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO DISMISS FOR FAILURE TO STATE A CLAIM, Case No. C 06 5255 MJJ