Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants
Peter Thiel, Jason Portnoy and Mark Woolway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>                    Defendants. | Case No.: C 06 5255 MJJ<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO STRIKE TIME BARRED ALLEGATIONS**<br><br>**FRCP 12(f)**<br><br>Hearing Date:  November 7, 2006<br>Time:                9:30 a.m.<br>Courtroom:       11<br><br>The Honorable Martin J. Jenkins |

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO STRIKE TIME BARRED ALLEGATIONS, Case No. C 06 5255 MJJ

Pursuant to Federal Rule of Civil Procedure Rule 12(f), the Motion of Defendants Peter Thiel, Jason Portnoy and Mark Woolway to Strike Time Barred Allegations is hereby GRANTED.

IT IS HEREBY ORDERED that the following paragraphs of Plaintiff's Complaint are entirely stricken: 23-26, 28-32, 69(b)-(c).

IT IS FURTHER ORDERED that the following references to any alleged conduct that occurred prior to August 28, 2003 be stricken from the Complaint:

¶ 35: the word "2002".

¶ 48: the phrase "and since becoming a member of Clarium in 1998" to the extent it refers to conduct that occurred prior to August 28, 2003;

¶ 50: the phrase "since becoming a member of Clarium" to the extent it refers to conduct that occurred prior to August 28, 2003;

¶ 69(a): the phrase "From 2000" to the extent it refers to conduct that occurred prior to August 28, 2003.

IT IS FURTHER ORDERED that paragraph 55(b) be stricken to the extent it refers to conduct that occurred prior to August 28, 2004.

IT IS SO ORDERED.

DATED:

_____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP

2

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO STRIKE TIME BARRED ALLEGATIONS, Case No. C 06 5255 MJJ