Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants
Peter Thiel, Jason Portnoy and Mark Woolway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>                          Plaintiff,<br><br>    v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>                          Defendants. | Case No.: C 06 5255 MJJ<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Gary M. Padilla, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California 94104-2878.

On September 28, 2006, I served the following:

**NOTICE OF MOTIONS; MOTIONS OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM; OR, IN THE ALTERNATIVE, TO STRIKE TIME BARRED ALLEGATIONS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PETER THIEL, JASON PORTNOY AND MARK WOOLWAY TO STRIKE TIME BARRED ALLEGATIONS**

on the following:

Daniel R. Formeller
Basileios Katris
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

[ ]   BY OVERNIGHT DELIVERY: I caused sealed envelopes addressed as indicated above to be delivered to the above parties via FEDERAL EXPRESS PRIORITY OVERNIGHT delivery service.

[ ]   BY PERSONAL SERVICE: I caused sealed envelopes addressed as indicated above to be delivered by hand.

[X]   BY MAIL: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. I caused the document(s) to be sent by mail via United States Postal Service to the parties identified above.

[ ]   BY FACSIMILE: By use of facsimile machine, I served a copy of the above listed document(s) on the above-listed counsel for defendant by transmitting by facsimile machine to the numbers indicated above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to

PROOF OF SERVICE -CASE NO. C 06-5255 MJJ

|   |   |
|---|---|
| 1 | print a transmission record of the transmission, a copy of which has been maintained. |
| 2 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on September 28, 2006 at San Francisco, California. |

_____
Gary Padilla

PROOF OF SERVICE -CASE NO. C 06-5255 MJJ