Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Tita K. Bell (SBN 206735)
Email: tkbell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:    415.391.8269

Daniel R. Formeller (admitted *pro hac vice*)
Email: dformeller@tsmp.com
Basileios Katris (admitted *pro hac vice*)
Email: bkatris@tsmp.com
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone:   312.627.4000
Facsimile:    312.627.1717

Attorneys for Plaintiff Amisil Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>Defendants. | Case No. C 06 5255 MJJ<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION PENDING ARBITRATION**<br><br>**9 U.S.C. §§ 3, 4**<br><br>Hearing Date:   October 24, 2006<br>Time:               9:30 a.m.<br>Courtroom:      11<br><br>Honorable Martin J. Jenkins |

The Motion of Defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy and Mark Woolway to Compel Arbitration and to Stay Litigation Pending Arbitration came on regularly for hearing before this Court on October 24, 2006, in Courtroom 11, the Honorable Martin J. Jenkins presiding.

The matter being fully briefed and argued, the Court having taken into consideration all of the documents and papers filed in connection with the motion and the argument of counsel, IT IS HEREBY ORDERED that Defendants' Motion to Compel Arbitration and to Stay Litigation Pending Arbitration is DENIED.

IT IS SO ORDERED.

DATED: _____, 2006.

---

HONORABLE MARTIN J. JENKINS
United States District Judge