1  Harvey L. Leiderman (SBN 55838)
   Email: hleiderman@reedsmith.com
2  Tita K. Bell (SBN 206735)
   Email: tkbell@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922
   Mailing Address:
5  P.O. Box 7936
   San Francisco, CA 94120-7936
6  Telephone:   415.543.8700
   Facsimile:   415.391.8269
7
8  Daniel R. Formeller (admitted *pro hac vice*)
   Email: dformeller@tsmp.com
9  Basileios Katris (admitted *pro hac vice*)
   Email: bkatris@tsmp.com
10 Tressler, Soderstrom, Maloney & Priess
   Sears Tower, 22nd Floor
11 233 South Wacker Drive
   Chicago, Illinois 60606-6308
12 Telephone:   312.627.4000
   Facsimile:   312.627.1717

13 Attorneys for Plaintiff Amisil Holdings Ltd.

14
15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17                        SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>Defendants. | Case No. C 06 5255 MJJ<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY**<br><br>Civ. L.R. 7-11<br><br>Honorable Martin J. Jenkins |

PLEASE TAKE NOTICE that pursuant to Local Rule 7-11 of the Local Rules for the Northern District of California, Plaintiff Amisil Holdings Ltd. ("Amisil") hereby presents its Motion for Administrative Relief to File Surreply as follows:

## REQUESTED COURT ACTION

Amisil hereby requests that the Court allow it to file a surreply in opposition to Defendants' Motion to Compel Arbitration and to Stay Litigation Pending Arbitration consisting solely of an objection to improper evidence which Defendants introduced for the first time in their reply in support of said motion. Amisil would file the objection within one court day of the issuance of an order granting the instant motion.

## MOTION FOR ADMINISTRATIVE RELIEF

Defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy and Mark Woolway (collectively "Defendants") filed their Motion to Compel Arbitration and to Stay Litigation Pending Arbitration on September 14, 2006 [DOCKET # 12]. In their moving papers, Defendants cite to the Operating Agreement of Thiel Capital Management, LLC, dated September 9, 1996, which is attached as Exhibit B to Amisil's Complaint.

Amisil filed its Opposition to Defendants' Motion to Compel Arbitration and to Stay Litigation Pending Arbitration on October 3, 2006 [DOCKET # 31].

Defendants filed their Reply Memorandum in Support of Motion to Compel Arbitration and to Stay Litigation Pending Arbitration on October 10, 2006 [DOCKET # 33]. In the reply, Defendants improperly rely on the contents of a document that is neither part of Amisil's Complaint and nor mentioned Defendants' moving papers (a document entitled "Second Amended and Restated Limited Liability Company Agreement of Clarium Capital Management, LLC, dated March 28, 2003"). Said document is the subject of a Request for Judicial Notice submitted in support of defendant Clarium's separately filed Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim [DOCKET #22]. Amisil intends to object to the Request for Judicial Notice as part of its forthcoming opposition to the motion to dismiss due October 17, 2006. However, to the extent Defendants purport to rely on the same improper evidence in connection with its arbitration motion,

Amisil seeks permission to file an objection to thereto prior to the hearing on the Motion to Compel Arbitration, which is set for October 24, 2006..

Local Rule 7-3(d) suggests that with prior court approval a party may file a paper pertaining to a motion after a reply is filed and in advance of the hearing. Local Rule 7-11 provides a mechanism for seeking such approval. It states that "[t]he Court recognizes that during the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge." (Emphasis added.) A request to file an objection to evidence raised in a reply memorandum properly falls within the class of "miscellaneous administrative matters" contemplated by Local Rule 7-11.

Pursuant to Local Rule 7-11(a), Amisil duly sought defendants' stipulation to file its evidentiary objection; however, defendants have declined to stipulate. *See* Declaration of Tita K. Bell filed herewith, ¶ 2.

WHEREFORE Amisil respectfully requests entry of an order permitting Amisil to file an objection to the improper evidence raised in Defendants' Reply Memorandum in Support of the Motion to Compel Arbitration.

DATED: October 12, 2006.

          REED SMITH LLP

          By /s/
             Tita K. Bell

          Attorneys for Plaintiff
          Amisil Holdings Ltd.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On October 12, 2006, I served the following document(s) by the method indicated below:

**(1) PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY**

**(2) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY**

**(3) DECLARATION OF TITA K. BELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY**

☐ by transmitting via facsimile on this date from fax number 415.391.8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☒ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

**Attorneys for Defendant Clarium Capital Management, LLC:**

Howard S. Caro
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Tel: 414-772-6487
Fax: 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

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 12, 2006, at San Francisco, California.

/S/ _____
James Edward White

REED SMITH LLP
A limited liability partnership formed in the State of Delaware