Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Tita K. Bell (SBN 206735)
Email: tkbell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
<u>Mailing Address:</u>
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:   415.391.8269

Daniel R. Formeller (admitted *pro hac vice*)
Email: dformeller@tsmp.com
Basileios Katris (admitted *pro hac vice*)
Email: bkatris@tsmp.com
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone:   312.627.4000
Facsimile:   312.627.1717

Attorneys for Plaintiff Amisil Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>Defendants. | Case No. C 06 5255 MJJ<br><br>**DECLARATION OF TITA K. BELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY**<br><br>Civ. L.R. 7-11<br><br>Honorable Martin J. Jenkins |

I, Tita K. Bell, hereby declare:

1. I am an attorney at law and an associate with the firm of Reed Smith, LLP, counsel of record to plaintiff Amisil Holdings Ltd. ("Amisil" or "Plaintiff") in the above-captioned matter. I am a member of the State Bar of California and am admitted to practice before this Court. I submit this declaration in support of Plaintiff's Motion for Administrative Relief to File Surreply. I have personal knowledge of the matters set forth herein, and, if called upon to do so, could testify competently to their truth.

2. On October 11, 2006, I telephoned Howard S. Caro of Heller Ehrman LLP, counsel of record to defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy and Mark Woolway ("Defendants") regarding Amisil's intention to seek leave of court to file papers in response to Defendants' Reply Memorandum in Support of Motion to Compel Arbitration and to Stay Litigation Pending Arbitration. Shortly after our conversation, I forwarded to him a proposed stipulation which stated that Amisil will seek the Court's permission to file an evidentiary objection and a surreply memorandum. Mr. Caro responded that Defendants cannot agree to the proposed stipulation. I then asked him to confirm that Defendants would still oppose if Amisil sought to file <u>either</u> of the documents alone. Mr. Caro confirmed that this is his clients' position.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on this 12th day of October, 2006, at San Francisco, California.

                                                  /s/
                                          Tita K. Bell