Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Tita K. Bell (SBN 206735)
Email: tkbell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:   415.391.8269

Daniel R. Formeller (admitted *pro hac vice*)
Email: dformeller@tsmp.com
Basileios Katris (admitted *pro hac vice*)
Email: bkatris@tsmp.com
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone:   312.627.4000
Facsimile:   312.627.1717

Attorneys for Plaintiff Amisil Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>　　　　　Defendants. | Case No. C 06 5255 MJJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY**<br><br>Civ. L.R. 7-11<br><br>Honorable Martin J. Jenkins |

1  The Court having taken into consideration all of the documents and papers filed in
2  connection with Plaintiff's Motion for Administrative Relief to File Surreply, IT IS HEREBY
3  ORDERED that Plaintiff's Motion for Administrative Relief to File Surreply is GRANTED.
4  Plaintiff shall file within one court day hereof a surreply to Defendants' Motion to Compel
5  Arbitration and to Stay Litigation Pending Arbitration consisting solely of an evidentiary objection.

7  IT IS SO ORDERED.

9  DATED: _____, 2006.

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware