IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARIUM CAPITAL MANAGEMENT, | No. C 06-05255 MJJ |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| AMISIL HOLDINGS LTD , | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above-captioned case is referred for the purpose of **discovery** to a Magistrate Judge, to be heard and considered at the convenience of his/her calendar. Counsel will be advised of the date, time and place of the hearing by notice from the assigned Magistrate Judge's chambers.   The Defendants' Motion to Compel Arbitration and To Stay Litigation hearing set for October 24, 2006, before Judge Jenkins is **vacated.**

**IT IS SO ORDERED.**

Dated:  10/17/2006

MARTIN J. JENKINS
United States District Judge