**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., <br><br>          Plaintiff, <br><br>     v. <br><br> CLARIUM CAPITAL MANAGEMENT LLC, *et al.*, <br><br>          Defendants. <br> _____/ | No. C-06-5255 MJJ (EMC) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUR-REPLY; AND SETTING HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION** <br><br> **(Docket No. 35)** |

   Plaintiff Amisil Holdings Ltd. has filed a motion for leave to file a sur-reply to Defendants' reply in support of their motion to compel arbitration. Amisil explains that the sur-reply that it seeks leave to file is simply an objection to evidence cited in Defendants' reply brief. Although it appears that Defendants refused to stipulate to a sur-reply, they have failed to file an opposition to Amisil's motion for relief to file a sur-reply. Because Defendants have failed to oppose the motion, and because Amisil seeks leave to file only an evidentiary objection, the Court hereby **GRANTS** the motion. Amisil shall file the evidentiary objection within one court day of the issuance of this order.

///

///

///

///

1    In addition, the Court hereby sets a hearing on Defendants' motion to compel arbitration.
2 The motion shall be heard on November 21, 2006, at 2:30 p.m.

4    IT IS SO ORDERED.

6 Dated: October 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2