Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Tita K. Bell (SBN 206735)
Email: tkbell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Mailing Address:
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:     415.543.8700
Facsimile:      415.391.8269

Daniel R. Formeller (admitted *pro hac vice*)
Email: dformeller@tsmp.com
Basileios Katris (admitted *pro hac vice*)
Email: bkatris@tsmp.com
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6308
Telephone:     312.627.4000
Facsimile:      312.627.1717

Attorneys for Plaintiff Amisil Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>　　　　　Defendants. | Case No. C 06 5255 MJJ (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Current Hearing Date:　November 21, 2006<br>*Proposed Hearing Date:　November 29, 2006*<br>Time:　　　　　　　　　2:30 p.m.<br>Courtroom:　　　　　　　C<br><br>Magistrate Judge Edward M. Chen |

1  This Stipulation is entered into by and between Plaintiff Amisil Holdings Ltd. ("Amisil") and Defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy and Mark Woolway (collectively "Defendants") and is based upon the following facts:

A.  Pursuant to the Order dated October 23, 2006, Defendants' Motion to Compel Arbitration and to Stay Litigation Pending Arbitration has been set for hearing before Judge Edward M. Chen on November 21, 2006, at 2:30 p.m.

B.  Counsel of record for the parties are unavailable to attend the hearing on November 21, 2006, due to the Thanksgiving holiday.

C.  Counsel for Amisil has been advised that the Court is available to hear said motion on November 29, 2006, at 2:30 p.m.

D.  All counsel are available to appear for the hearing on said motion on November 29, 2006, at 2:30 p.m.

By and through their counsel of record, the parties hereby stipulate to continue the hearing on Defendants' Motion to Compel Arbitration to November 29, 2006, at 2:30 p.m.

DATED: October 25, 2006.    REED SMITH LLP

By  /s/
    Tita K. Bell

Attorneys for Plaintiff
Amisil Holdings Ltd.

DATED: October 25, 2006.    HELLER EHRMAN LLP

By  /s/
    Howard S. Caro

Attorneys for Defendants Clarium Capital Management, LLC, Peter Andreas Thiel, Jason Portnoy and Mark Woolway

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# **ORDER**

IT IS SO ORDERED.

DATED: _____, 2006.

                                          EDWARD M. CHEN
                                       United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C 06 5255 MJJ (EMC)  – 3 –  DOCSSFO-12457078.2-TKBELL 10/25/06 4:39 PM
STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE
OF HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION