IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD, | No. C06-05255 MJJ |
| Plaintiff, | **AMENDED ORDER OF REFERENCE** |
| v. | |
| CLARIUM CAPITAL MANAGEMENT, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the Defendants' motion to Compel Arbitration and to Stay Litigation in the above-captioned case is referred to Magistrate Judge Chen.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 10/26/2006

MARTIN J. JENKINS
United States District Judge