IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**AMISIL HOLDINGS LTD,**

        Plaintiff(s),

v.

**CLARIUM CAPITAL MANAGEMENT**,

        Defendant(s),
                                        /

No. **C06-05255 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Initial Case Management Conference** for **Tuesday, March 6, 2007 at 2:00 pm** before the Honorable Martin J. Jenkins.  The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.  The Case Management Conference scheduled for November 28, 2006, is **vacated.**

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 3, 2006                                  FOR THE COURT,

                                                                  Richard W. Wieking, Clerk

                                                                  By: _/s/ Monica Tutson_
                                                                       Monica Tutson
                                                                       Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

**United States District Court**
For the Northern District of California