United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., | No. C-06-5255 MJJ (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CLARIUM CAPITAL MANAGEMENT LLC, *et al.*, | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Compel Arbitration and to Stay Litigation is reset from November 29, 2006 at 2:30 p.m. to **November 29, 2006 at 12:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: November 14, 2006

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy