1  Harvey L. Leiderman (SBN 55838)
   Email:  hleiderman@reedsmith.com
2  Tita K. Bell (SBN 206735)
   Email:  tkbell@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922
   <u>Mailing Address:</u>
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6  Telephone:    415.543.8700
   Facsimile:     415.391.8269
7
8  Daniel R. Formeller (admitted *pro hac vice*)
   Email:  dformeller@tsmp.com
9  Basileios Katris (admitted *pro hac vice*)
   Email:  bkatris@tsmp.com
10 Tressler, Soderstrom, Maloney & Priess
   Sears Tower, 22nd Floor
11 233 South Wacker Drive
   Chicago, Illinois  60606-6308
12 Telephone:    312.627.4000
   Facsimile:     312.627.1717

13 Attorneys for Plaintiff Amisil Holdings Ltd.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  AMISIL HOLDINGS LTD., a Cyprus Corporation, | Case No. C 06 5255 MJJ (EMC) |
| 19                          Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY** |
| 20 | |
| 21              v. | |
| 22  CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, | **Civ. L.R. 6-3** |
| 23  a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON | No Hearing Date Set |
| 24  PORTNOY, a California resident, MARK WOOLWAY, a California resident, | The Honorable Edward M. Chen |
| 25                          Defendants. | |

26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Pursuant to Local Rule 6-3, after consideration of the papers and pleadings filed in this case,
2 and good cause appearing, Plaintiff's Motion to Shorten Time to Hear Motion to Compel Discovery
3 is hereby GRANTED.
4    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery shall be heard on
5 _____.
6    IT IS FURTHER ORDERED that all papers in opposition to said Motion shall be filed
7 electronically by _____.
8    IT IS FURTHER ORDERED that all papers in reply in support of said Motion shall be filed
9 electronically by _____.
10    DATED:

Edward M. Chen
UNITED STATES MAGISTRATE JUDGE