Harvey L. Leiderman (SBN 55838)
Email:  hleiderman@reedsmith.com
Tita K. Bell (SBN 206735)
Email:  tkbell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
<u>Mailing Address:</u>
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:     415.543.8700
Facsimile:     415.391.8269

Daniel R. Formeller (admitted *pro hac vice*)
Email:  dformeller@tsmp.com
Basileios Katris (admitted *pro hac vice*)
Email:  bkatris@tsmp.com
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6308
Telephone:     312.627.4000
Facsimile:     312.627.1717

Attorneys for Plaintiff Amisil Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a Calif<br>　　　　　　　Defendants. | Case No. C 06 5255 MJJ (EMC)<br><br>**PROOF OF SERVICE**<br><br>No Hearing Date Set<br><br>Honorable Edward M. Chen |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On November 15, 2006, I served the following document(s) by the method indicated below:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY**

**DECLARATION OF TITA K. BELL IN SUPPORT OF PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY**

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Attorneys for Defendants:**

Howard S. Caro
Cecilia Y. Chan
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

Tel: 414-772-6487
Fax: 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

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 15, 2006, at San Francisco, California.

_____
[Signer Name] JAMES LEE

DOCSSFO-12459510.1

- 1 -