Howard Caro (SBN 202082)
Cecilia Chan (SBN 240971)
Nathaniel Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Robert Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMISIL HOLDINGS LTD., a Cyprus Corporation,

Plaintiff,

v.

CLARIUM CAPITAL MANAGEMENT, LLC, et al.,

Defendants.

Case No.: 3:06-cv-5255 MJJ EMC

**DECLARATION OF CECILIA Y. CHAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY**

Civ. L.R. 6-3

No Hearing Date Set

The Hon. Edward M. Chen

I, Cecilia Y. Chan, hereby declare:

1. I am an attorney with the law firm of Heller Ehrman LLP, counsel to defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy, and Mark Woolway (collectively, "Defendants") in the above-captioned action. I am a member of the State Bar of California and am admitted to practice before this Court. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Shorten Time to Hear Motion to Compel Discovery ("Motion to Shorten Time"). Unless otherwise indicated, I have personal knowledge of the matters set forth herein, and, if called upon to do so, could testify competently to their truth.

2. In reliance on the original deadlines in this case set in the Court's August 28, 2006 Scheduling Order [Docket No. 2], Clarium agreed to meet and confer pursuant to Rule 26(f) on November 7, 2006, the deadline originally set for the Rule 26(f) conference, immediately after the originally set hearing for the motions to dismiss.

3. On November 3, 2006, I sent the e-mail attached as Exhibit B to the Declaration of Tita Bell to Ms. Bell, counsel for plaintiff in this action.

4. Between November 3, 2006 and November 14, 2006, counsel for plaintiff did not contact me or my colleagues at Heller Ehrman regarding this action in general or the issues raised in the Motion to Shorten Time or the proposed Motion to Compel Discovery ("Discovery Motion") in particular.

5. On November 14, 2006, at about 4:45 p.m., I received a telephone call from Ms. Bell. During this call, Ms. Bell asked whether we would agree to meet and confer pursuant to Rule 26(f) following the scheduled hearing on Defendants' Motion to Compel Arbitration, originally set for November 29, 2006. I informed Ms. Bell that in light of the fact that the deadline to meet and confer was three months away, it was premature to meet and confer at this time.

6. Ms. Bell informed me that if we did not agree to meet and confer on November 29, 2006, she would file a motion to order the parties to meet and confer, or in the alternative, to compel discovery ("Discovery Motion"). She also asked that we stipulate

to hear the Discovery Motion on shortened time, to allow the Discovery Motion to be heard with Defendants' pending Motion to Compel Arbitration, then set for hearing November 29, 2006. I informed Ms. Bell that I would need to consult with my colleagues and with my clients before responding to her proposal. Despite the fact that she had called me at the end of the day, she asked that I get back to her the next morning. I told Ms. Bell that I would not be able to do so because I had a court appearance in another case the following morning, but that I would respond as soon as I was able to. It was my understanding from our conversation that, if we did not agree to her proposals, Ms. Bell would then file these motions on Thursday, November 16, 2006.

7. The next day, November 15, 2006 (Wednesday), I sent a letter to Ms. Bell responding to her request via facsimile at 4:30 p.m. Attached hereto as Exhibit A is a true and correct copy of this letter, together with the facsimile confirmation, indicating the time of the transmission.

8. Attached hereto as Exhibit B is a true and correct copy of the E-filing Notice for Plaintiff's Motion to Shorten Time to Hear Motion to Compel Discovery.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed this 17th day of November, 2006, at San Francisco, California.

/s/ Cecilia Y. Chan
Cecilia Y. Chan

**EXHIBIT A**

HellerEhrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Main: +1.415.772.6000
Fax: +1.415.772.6268

**Facsimile Transmittal**

**To:** Tita K. Bell, Reed Smith LLP
**Telephone:** 415-659-5963 **Fax:** 415-391-8269

**From:** Cecilia Y. Chan
**Telephone:** +1.415.772.6665
**Direct Fax:** +1.415.772.3965

**No. of Pages:** 3 (including cover)
**Date:** November 15, 2006

40859.0006 (7114)

**Message:**

SF 1322584 v1
11/15/06 4:25 PM (40859.0006)

FACSIMILE SENT
32ND FLOOR
4:30 pm

The information contained in this communication is intended only for the use of the addressee and may be confidential, may be attorney-client privileged and may constitute inside information. Unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error or you have not received all pages, please call the sender immediately at +1.415.772.6000.

Heller Ehrman LLP www.hellerehrman.com

Anchorage Beijing Hong Kong Los Angeles Madison, WI New York San Diego **San Francisco** Seattle
Silicon Valley Singapore Washington, D.C.

HellerEhrman LLP

November 15, 2006

Cecilia Y. Chan
Cecilia.Chan@hellerehrman.com
Direct +1.415.772.6665
Direct Fax +1.415.772.3965
Main +1.415.772.6000
Fax +1.415.772.6268

*Via Facsimile and U.S. Mail*

40859.0006

Tita K. Bell, Esq.
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, California 94111-3922

**Re: *Amisil Holdings, Ltd. v. Clarium Capital Management, LLC***
**United States District Court, Northern District of California**
**Case No. 3:06-cv-5255 MJJ**

Dear Tita:

I write to respond to the request that you made yesterday evening that we agree to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) after the hearing for the motion to compel arbitration on November 29. I understand that if we do not agree to meet and confer pursuant to Rule 26(f) now, you intend to file a motion with the Court this Thursday, November 16, 2006, seeking an order requiring the parties to meet and confer under Rule 26(f), or alternatively, an order allowing expedited discovery prior to the Rule 26(f) conference. We have considered your requests and cannot agree for the reasons set forth below.

As an initial matter, by moving the Case Management Conference to March 6, 2007 and resetting the corresponding Rule 26 dates, the Court has indicated that arbitrability is a threshold issue to be decided before the parties expend resources on early Rule 26 procedures or other litigation practice. The motion to compel arbitration will be heard in less than two weeks, and with the deadline for the Rule 26(f) conference three months away, it would be wasteful and inefficient to conduct such a conference now. Rather, the parties should wait to see whether any part of this case will even remain in court following resolution of the arbitration motion. We believe the Court will agree that it makes little sense to issue an order forcing the parties to meet and confer prematurely.

With regard to the alternative relief you seek — an order allowing expedited discovery — recall that your complaint includes a Section 10(b) claim under the Securities and Exchange Act. We have moved to dismiss these claims and under the Private Securities

Heller Ehrman LLP 333 Bush Street San Francisco, CA 94104-2878 www.hellerehrman.com

Anchorage Beijing Hong Kong Los Angeles Madison, WI New York San Diego **San Francisco** Seattle Silicon Valley Singapore Washington, D.C.

Litigation Reform Act of 1995 ("PSLRA"), which provides that "[i]n any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)(3)(B); *see also SG Cowen Sec. Corp. v. U.S. Dist. Court for Northern Dist. of Cal.*, 189 F.3d 909 (9th Cir. 1999). Thus until the Court decides the motions to dismiss, this action is subject to the automatic PSLRA stay and no discovery can go forward.[1] If you would like to discuss reasons why the PSLRA stay should not remain in place, you are free to contact us to discuss this further. Without any explanation of why the automatic PSLRA stay should be lifted, any motion for expedited discovery is frivolous and unjustified. Accordingly, pursuant to Federal Rule of Civil Procedure 37(a)(4)(B), we intend to seek expenses, including attorney's fees, incurred in opposing such motion.

Lastly, you have asked that we stipulate to have your motion heard on a shortened time basis, on November 29. As we do not believe there is any basis for your motion in light of the facts that (1) the ruling on the arbitration motion is likely to moot your requests; (2) the Rule 26(f) conference deadline is three months away; and (3) the PSLRA automatic stay bars any discovery, your request that the motion be heard on shortened time is unjustified.

Very truly yours,

Cecilia Y. Chan

cc: Bruce Gibney, Esq.

---

[1] Moreover, given that your opposition to the motion to compel arbitration discloses no reasonable basis for resisting the arbitration required by the Operating Agreement, any action by you seeking discovery in court merely constitutes your client's continuing breach of contract.

TRANSMISSION VERIFICATION REPORT

TIME : 11/15/2006 16:30
NAME :
FAX :
TEL :

| | |
|---|---|
| DATE, TIME | 11/15 16:29 |
| FAX NO./NAME | 2096#40859#0006#3918269# |
| DURATION | 00:00:57 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

HellerEhrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Main: +1.415.772.6000
Fax: +1.415.772.6268

**Facsimile Transmittal**

**To:** Tita K. Bell, Reed Smith LLP
**Telephone:** 415-659-5963
**Fax:** 415-391-8269

**From:** Cecilia Y. Chan
**Telephone:** +1.415.772.6665
**Direct Fax:** +1.415.772.3965

**No. of Pages:** 3 (including cover)
**Date:** November 15, 2006

40859.0006 (7114)

**Message:**

SF 1322584 v1
11/15/06 4:25 PM (40859.0006)

**EXHIBIT B**

**Spencer-Mork, Nathaniel R.**

**From:** ECF-CAND@cand.uscourts.gov
**Sent:** Wednesday, November 15, 2006 5:17 PM
**To:** efiling@cand.uscourts.gov; SF - Doc. Cal.
**Subject:** Activity in Case 3:06-cv-05255-MJJ Amisil Holdings Ltd v. Clarium Capital Management LLC et al "Motion to Shorten Time"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**California Northern District**

Notice of Electronic Filing

The following transaction was received from Bell, Tita Kanthatham entered on 11/15/2006 at 5:17 PM PST and filed on 11/15/2006

| | |
|---|---|
| **Case Name:** | Amisil Holdings Ltd v. Clarium Capital Management LLC et al |
| **Case Number:** | 3:06-cv-5255 |
| **Filer:** | Amisil Holdings Ltd |
| **Document Number:** | 55 |

**Docket Text:**
MOTION to Shorten Time *to Hear Motion to Compel Discovery* filed by Amisil Holdings Ltd. (Bell, Tita) (Filed on 11/15/2006)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\ussfofp01\tkbell$\Motion to Shorten Time.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/15/2006] [FileNumber=3033379-0]
[9b9fca3a1cf27bf1080bb5f3575ec1c0109e5c543e7ff19ee85b9b81f43b31a86e2e
a14c6f340a519a69fee821631e8f6e9f59d7d73ddbafd1ec1475cbcf61bf]]

**3:06-cv-5255 Notice will be electronically mailed to:**

Tita Kanthatham Bell tkbell@reedsmith.com

Howard S. Caro hcaro@hewm.com, gary.padilla@hellerehrman.com

Cecilia Y. Chan cecilia.chan@hellerehrman.com

Robert B. Hawk rhawk@hewm.com

Harvey Lewis Leiderman hleiderman@reedsmith.com, adevor@reedsmith.com

**3:06-cv-5255 Notice will be delivered by other means to:**

Daniel R. Formeller
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

Basileios Katris
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606