Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>                           Plaintiff,<br><br>  v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>                          Defendants. | Case No.: 3:06-cv-5255 MJJ (EMC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY**<br><br>**Civ. L.R. 6-3**<br><br>No Hearing Date Set<br><br>The Honorable Edward M. Chen |

Heller Ehrman LLP

[PROPOSED] ORDER DENYING PLS.' MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY, CASE NO. 3:06-cv-5255 MJJ (EMC)

1  Pursuant to Civil Local Rule 6-3, Defendants' Motion to Enlarge Time to Respond
2  to the Complaint is hereby DENIED.

4  IT IS SO ORDERED:

5  DATED:

                                              The Honorable Edward M. Chen
                                              UNITED STATES MAGISTRATE JUDGE

Heller Ehrman LLP

1

[PROPOSED] ORDER DENYING PLS.' MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL DISCOVERY,
Case No. 3:06-CV-5255 MJJ (EMC)