Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Tita K. Bell (SBN 206735)
Email: tkbell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
<u>Mailing Address:</u>
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:    415.391.8269

Daniel R. Formeller (admitted *pro hac vice*)
Email: dformeller@tsmp.com
Basileios Katris (admitted *pro hac vice*)
Email: bkatris@tsmp.com
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone:   312.627.4000
Facsimile:    312.627.1717

Attorneys for Plaintiff Amisil Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>　　　　　　　Defendants. | Case No. C 06 5255 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL EXPEDITED DISCOVERY OR ALTERNATIVELY RULE 26(F) CONFERENCE**<br><br>F.R.C.P. 26(d), (f)<br><br>Hearing Date:　December 27, 2006<br>Time:　　　　　10:30 a.m.<br>Courtroom:　　C<br><br>The Honorable Edward M. Chen |

Case No. C 06 5255 MJJ (EMC)

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO OPEN DISCOVERY

     Pursuant to Federal Rule of Civil Procedure 26(d), after consideration of the papers and pleadings filed in this case, and good cause appearing, Plaintiff's Motion to Compel Expedited Discovery is hereby GRANTED.

     IT IS HEREBY ORDERED that the Parties may commence discovery immediately.

     IT IS SO ORDERED.

     DATED:

_____
Edward M. Chen
UNITED STATES MAGISTRATE JUDGE