Howard S. Caro (SBN 202082)
Cecilia Y. Chan (SBN 240971)
Nathaniel R. Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, et al.,<br><br>         Defendants. | Case No.: 3:06-cv-5255 MJJ (EMC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL EXPEDITED DISCOVERY OR ALTERNATIVELY RULE 26(F) CONFERENCE**<br><br>Hearing date:  December 20, 2006<br>Time:  10:30 a.m.<br>Courtroom:  C<br>Judge:  The Hon. Edward M. Chen |

Heller<br>Ehrman LLP

On December 20, 2006, the Court heard Plaintiff's Motion to Compel Expedited Discovery or Alternatively Rule 26(f) Conference.  Having fully considered the papers filed in support of and in opposition to the Motion, the other papers and pleadings filed herein, and the arguments of counsel presented at the hearing, and good cause appearing therefor, it is hereby ordered that Plaintiff's Motion to Compel Expedited Discovery or Alternatively Rule 26(f) Conference be DENIED.

IT IS SO ORDERED.

DATED:

_____
The Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

Heller
Ehrman LLP

[PROPOSED] ORDER DENYING PLS.' MOTION TO COMPEL EXPEDITED DISCOVERY OR ALTERNATIVELY RULE 26(F) CONFERENCE; CASE NO. 3:06-CV-5255 MJJ EMC