**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** December 8, 2006          **FTR Time:**   10:37- 11:51 a.m.

**Case No:** C06-5255 MJJ (EMC)     **Court Reporter:** Katherine Powell 794-6659

**Case Name:**   Amisil Holdings v. Clarium Capital, et al.

**Attorneys:**   Harvey Leiderman and Tita Bell for Plaintiff
Nat Spencer-Mork, Cecilia Chan, and Robert Hawk for Defendants

**Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| - DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION | - Court took matter under submission and will issue order. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x ]  Court

**Case continued to:**

cc: EMC