# HellerEhrman LLP

January 4, 2007

*Via E-filing*

Howard S. Caro
Howard.Caro@hellerehrman.com
Direct +1.415.772.6487
Direct Fax +1.415.772.3887
Main +1.415.772.6000
Fax +1.415.772.6268

40859.0006

The Honorable Martin J. Jenkins
Courtroom 11, 19th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Amisil v. Clarium Capital Management, LLC,** *et al.***, Case No. C-06-5255**

Dear Judge Jenkins:

We represent defendants Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy, and Mark Woolway in the case referenced above.

Defendants' motions to dismiss the complaint (Docket Nos. 21 & 27) are pending and scheduled for hearing before this Court on February 6, 2007. On December 21, 2006, Magistrate Judge Chen issued a Report and Recommendation re Defendants' Motion to Compel Arbitration, recommending that defendants' motion to compel arbitration and stay proceedings be granted. We have been informed by counsel for Amisil Holdings Ltd. that plaintiff does not intend to object to the Report.

In light of the Magistrate Judge's recommendation that this litigation be stayed pending arbitration, the parties agree that this Court need not decide the motions to dismiss at this time. Accordingly, we respectfully request that the hearing for defendants' motions to dismiss be vacated without prejudice.

Very truly yours,

Howard S. Caro

cc:   All Counsel of Record (via e-filing or U.S. mail)

Heller Ehrman LLP   333 Bush Street   San Francisco, CA   94104-2878   www.hellerehrman.com

Anchorage   Beijing   Hong Kong   Los Angeles   Madison, WI   New York   San Diego   **San Francisco**   Seattle
Silicon Valley   Singapore   Washington, D.C.