**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD, | No. C06-05255 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| CLARIUM CAPITAL MANAGEMENT, | |
| Defendant. | |

Pending before the Court is Defendants' Motion to Compel Arbitration and Stay Proceedings. (Docket No. 12.) On January 3, 2007, Magistrate Judge Chen issued a Report and Recommendation ("R&R") (Docket No. 79). The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Furthermore, there have been no objections within the allotted statutory time. Accordingly, the Court **ADOPTS** the R&R and **GRANTS** Defendants' Motion to Compel Arbitration and Stay Proceedings.

**IT IS SO ORDERED.**

Dated: September 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE