Howard S. Caro (SBN 202082)
Nathaniel R. Spencer-Mork (SBN 226886)
Benjamin T. Diggs (SBN 245904)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Nate.SpencerMork@hellerehrman.com
Benjamin.Diggs@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants And Counter-Claimants
Clarium Capital Management LLC, Peter Thiel, Jason Portnoy and Mark Woolway

[Appearance of additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD.<br><br>                              Plaintiff,<br><br>    v.<br><br>CLARIUM CAPITAL MANAGEMENT LLC, LLC., a Delaware Limited Liability Cmpany, PETER THIEL, MARK WOOLWAY, and JASON PORTNOY,<br><br>                              Defendants. | CASE NO: C 06 -5255 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING THE COURT TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:    March 13, 2008<br>Time:    2:45 p.m.<br>Ctrm:   3<br>Judge:  Hon. Saundra B. Armstrong<br><br>**L.R. 7-12** |

Heller
Ehrman LLP

Pursuant to Civil Local Rule 7-12, the parties to the above-captioned matter hereby submit this joint stipulation to request that the Court vacate the Case Management Conference currently scheduled to take place on March 13, 2008, at 2:45 p.m. The parties stipulate as follows:

WHEREAS, on January 3, 2007, United States Magistrate Judge Edward M. Chen issued a Report and Recommendation recommending that this matter be stayed in favor of arbitration [Docket # 79];

WHEREAS, on September 20, 2007, by order of United States District Judge Martin J. Jenkins, the Magistrate's Report and Recommendation was adopted as the Court's Order [Docket # 83];

WHEREAS, this case has been reassigned to this Court by Reassignment Order filed February 15, 2007 [Docket # 84];

WHEREAS, pursuant to the Report and Recommendation and the Court Order adopting same, this action is stayed pending arbitration;

WHEREAS, the parties have commenced arbitration proceedings before the International Centre for Dispute Resolution;

NOW THEREFORE the parties request that the Court vacate the Case Management Conference scheduled for March 13, 2008.

February 28, 2008                    HELLER EHRMAN LLP


By _____/s/ Nathaniel R. Spencer-Mork_____
             NATHANIEL R. SPENCER-MORK

Attorneys for Defendants
CLARIUM CAPITAL MANAGEMENT LLC,
PETER A. THIEL, MARK WOOLWAY, and
JASON PORTNOY

Heller
Ehrman LLP

1

February 28, 2008                    REED SMITH LLP


                                     By _____/s/ Tita K. Bell_____
                                                TITA K. BELL

                                     Attorneys for Plaintiff
                                     AMISIL HOLDINGS, LTD.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court orders as follows:

The Case Management Conference currently calendared for March 13, 2008, at 2:45 p.m., is hereby vacated.

IT IS SO ORDERED.


Dated: _____, 2008

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE