**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| AMISIL HOLDINGS LTD., | No. C 06-5255 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 85 & 86] |
| CLARIUM CAPITAL MANAGEMENT LLC., | |
| Defendant. | |

Based on the parties' Stipulation and [Proposed] Order Requesting the Court to Vacate Case Management Conference [Docket No. 86], indicating they are arbitrating this matter, the case management conference set for March 13, 2008 at 2:45 p.m. is hereby VACATED. The parties are ORDERED to file status reports with the Court, every 90 days from the date this Order is signed.

IT IS SO ORDERED.

March 3, 2008

Saundra Brown Armstrong
United States District Judge