1  Harvey L. Leiderman (SBN 55838)
   Email: HLeiderman@reedsmith.com
2  Alison B. Riddell (SBN 246120)
   Email: Ariddell@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922
   Telephone: 415.543.8700
5  Facsimile: 415.391.8269

6  Theodore T. Ting (SBN 191163)
   Email: TTing@reedsmith.com
7  REED SMITH LLP
   1999 Harrison Street, Suite 2400
8  Oakland, CA 94612-3572
   Telephone: 510.763.2000
9  Facsimile: 510.273.8832

10
   Attorneys for Plaintiff Amisil Holdings Ltd.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  AMISIL HOLDINGS LTD., a Cyprus Corporation, | Civil Case No.: C 06-5255 SBA |
| 16 | |
| 17  Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| 18  v. | |
| 19  CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER | Complaint Filed: August 28, 2006 |
| 20  ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK | Honorable Saundra B. Armstrong |
| 21  WOOLWAY, a California resident, | |
| 22  Defendants. | |

– 1 –
NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND TO EACH OF THE PARTIES:

PLEASE TAKE NOTICE that the following individual hereby enters an appearance as an attorney of record on behalf of Plaintiff Amisil Holdings Ltd.:

>Alison B. Riddell (SBN 246120)
>Email: ariddell@reedsmith.com
>REED SMITH LLP
>Two Embarcadero Center, Suite 2000
>San Francisco, CA 94111-3922
>Telephone: 415.543.8700
>Facsimile: 415.391.8269

DATED: March 17, 2008.

>REED SMITH LLP
>
>By /s/ Alison B. Riddell
>Alison B. Riddell
>Attorneys for Plaintiff
>Amisil Holdings Ltd.