```
1  Harvey L. Leiderman (SBN 55838)
   Email: HLeiderman@reedsmith.com
2  Alison B. Riddell (SBN 246120)
   Email: ARiddell@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922
   Telephone:   415.543.8700
5  Facsimile:   415.391.8269

6  Theodore T. Ting (SBN 191163)
   Email: TTing@reedsmith.com
7  REED SMITH LLP
   1999 Harrison Street, Suite 2400
8  Oakland, CA 94612-3572
   Telephone:   510.763.2000
9  Facsimile:   510.273.8832

10 Attorneys for Plaintiff Amisil Holdings Ltd.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>　　　　　Defendants. | Civil Case No.: C 06-5255 SBA<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed: August 28, 2006<br><br>Honorable Saundra B. Armstrong |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    TO THE CLERK OF THE COURT AND TO EACH OF THE PARTIES:

2    PLEASE TAKE NOTICE that the following individual hereby enters an appearance as an

3    attorney of record on behalf of Plaintiff Amisil Holdings Ltd.:

> Theodore T. Ting (SBN 191163)
> Email: tting@reedsmith.com
> REED SMITH LLP
> 1999 Harrison Street, Suite 2400
> Oakland, CA 94612-3572
> Telephone: 510.763.2000
> Facsimile: 510.273.8832

DATED: March 19, 2008.

REED SMITH LLP

By _____
Theodore T. Ting
Attorneys for Plaintiff
Amisil Holdings Ltd.