Harvey L. Leiderman (SBN 55838)
Email: HLeiderman@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Theodore T. Ting (SBN 119163)
Email: TTing@reedsmith.com
REED SMITH
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Plaintiff
Amisil Holdings Ltd., A Cyprus Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC f/k/a THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident,<br><br>Defendant. | Case No. C-06-5255 SBA<br><br>**PROOF OF SERVICE**<br><br>Compl. Filed:   August 28, 2006<br><br>Honorable Saundra B. Armstrong |

1  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On March 20, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF APPEARANCE OF COUNSEL**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Daniel R. Formeller
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

Basileios Katris
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 20, 2008, at Oakland, California.

/s/
Karen Ellis

Case No. C-06-5255 SBA          – 2 –          DOCSOAK-9903028.1-TTING

PROOF OF SERVICE

| | |
|---|---|
| 1 | Harvey L. Leiderman (SBN 55838) |
| | Email: HLeiderman@reedsmith.com |
| 2 | Alison B. Riddell (SBN 246120) |
| | Email: ARiddell@reedsmith.com |
| 3 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 4 | San Francisco, CA 94111-3922 |
| | Telephone:  415.543.8700 |
| 5 | Facsimile:   415.391.8269 |
| 6 | Theodore T. Ting (SBN 191163) |
| | Email: TTing@reedsmith.com |
| 7 | REED SMITH LLP |
| | 1999 Harrison Street, Suite 2400 |
| 8 | Oakland, CA 94612-3572 |
| | Telephone:  510.763.2000 |
| 9 | Facsimile:   510.273.8832 |
| 10 | Attorneys for Plaintiff Amisil Holdings Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation, | Civil Case No.: C 06-5255 SBA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| CLARIUM CAPITAL MANAGEMENT, LLC f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California resident, | Complaint Filed: August 28, 2006 Honorable Saundra B. Armstrong |
| Defendants. | |

– 1 –
NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND TO EACH OF THE PARTIES:

PLEASE TAKE NOTICE that the following individual hereby enters an appearance as an attorney of record on behalf of Plaintiff Amisil Holdings Ltd.:

> Theodore T. Ting (SBN 191163)
> Email: tting@reedsmith.com
> REED SMITH LLP
> 1999 Harrison Street, Suite 2400
> Oakland, CA 94612-3572
> Telephone: 510.763.2000
> Facsimile: 510.273.8832

DATED: March 19, 2008.

REED SMITH LLP

By _____
Theodore T. Ting
Attorneys for Plaintiff
Amisil Holdings Ltd.

**Notices**

4:06-cv-05255-SBA Amisil Holdings Ltd v. Clarium Capital Management LLC et al
ADRMOP, E-Filing, REFDISC, STAYED

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Ting, Theodore entered on 3/20/2008 8:51 AM and filed on 3/20/2008
**Case Name:**      Amisil Holdings Ltd v. Clarium Capital Management LLC et al
**Case Number:**    4:06-cv-5255
**Filer:**          Amisil Holdings Ltd
**Document Number:** 89

**Docket Text:**
**NOTICE of Appearance by Theodore Tyler Ting *for Amisil Holdings Ltd* (Ting, Theodore) (Filed on 3/20/2008)**

**4:06-cv-5255 Notice has been electronically mailed to:**

Tita Kanthatham Bell     tkbell@reedsmith.com

Howard S. Caro     hcaro@hewm.com, benjamin.diggs@hellerehrman.com, gary.padilla@hellerehrman.com, ky-yen.wong@hellerEhrman.com, michael.ewers@hellerehrman.com, SFDocCal@hewm.com, tscuffil@hewm.com

Cecilia Y. Chan     cecilia.chan@hellerehrman.com

Robert B. Hawk    rhawk@hewm.com

Harvey Lewis Leiderman    hleiderman@reedsmith.com, adevor@reedsmith.com

Alison B. Riddell    ariddell@reedsmith.com, drothschild@reedsmith.com

Nathaniel Robertson Spencer-Mork    nate.spencermork@hellerehrman.com

**4:06-cv-5255 Notice has been delivered by other means to:**

Daniel R. Formeller
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

Basileios Katris
Tressler Soderstrom Maloney & Priess LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\uspdcfidm001p\kellis$\DOWNLOAD\Amisil\Notice of Appearance for Ting.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/20/2008] [FileNumber=4233821-0]
[1ce1ad5339f6f8c4c80379480a645f8522553e70e3a93135a19c40abcd5f146c17b0b
66efbbbed6ffeeae3f34d66c2fe71d90a3c30259f04457f8501c1075130]]