Howard S. Caro (SBN 202082)
Nathaniel R. Spencer-Mork (SBN 226886)
Benjamin T. Diggs (SBN 245904)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Nate.SpencerMork@hellerehrman.com
Benjamin.Diggs@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants And Counter-Claimants
Clarium Capital Management LLC, Peter Thiel, Jason Portnoy and Mark Woolway

[Appearance of additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS LTD.<br><br>         Plaintiff,<br><br> v.<br><br>CLARIUM CAPITAL MANAGEMENT LLC, LLC., a Delaware Limited Liability Cmpany, PETER THIEL, MARK WOOLWAY, and JASON PORTNOY,<br><br>         Defendants. | CASE NO: C 06 -5255 SBA<br><br>**JOINT CASE STATUS REPORT**<br><br>The Honorable Saundra B. Armstrong |

Pursuant to the Court's Order of March 3, 2008 [Docket No. 87], the parties submit this Joint Case Status Report for the above-captioned matter.

As noted in the parties' February 28, 2008 Stipulation [Docket No. 86], on September 20, 2007, the Court ordered that this case be stayed pending arbitration. The parties have commenced arbitration proceedings before the International Centre for Dispute Resolution. Those arbitration proceedings are ongoing at this time. Pursuant to the Court's March 3, 2008 Order, the parties will submit a further Joint Case Status Report in 90 days or will timely advise the Court of any interim developments affecting this Court's jurisdiction.

June 2, 2008                HELLER EHRMAN LLP

                            By ____/s/ Nathaniel R. Spencer-Mork____
                                   NATHANIEL R. SPENCER-MORK

                            Attorneys for Defendants
                            CLARIUM CAPITAL MANAGEMENT LLC,
                            PETER A. THIEL, MARK WOOLWAY, and
                            JASON PORTNOY


June 2, 2008                REED SMITH LLP

                            By ____/s/ Theodore T. Ting____
                                   THEODORE T. TING

                            Attorneys for Plaintiff
                            AMISIL HOLDINGS, LTD.

I, Nathaniel Spencer-Mork, attest that Theodore Ting has read and approved the JOINT CASE STATUS REPORT and consents to its filing in this action.