Howard S. Caro (SBN 202082)
Nathaniel R. Spencer-Mork (SBN 226886)
Benjamin T. Diggs (SBN 245904)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Howard.Caro@hellerehrman.com
Nate.SpencerMork@hellerehrman.com
Benjamin.Diggs@hellerehrman.com

Robert B. Hawk (SBN 118054)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
Robert.Hawk@hellerehrman.com

Attorneys for Defendants And Counter-Claimants
Clarium Capital Management LLC, Peter Thiel, Jason Portnoy and Mark Woolway

[Appearance of additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS, LTD.<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLARIUM CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company, PETER THIEL, MARK WOOLWAY, and JASON PORTNOY,<br><br>　　　　　　　　　　Defendants. | CASE NO: C 06 -5255 SBA<br><br>**JOINT CASE STATUS REPORT**<br><br>The Honorable Saundra B. Armstrong |

Heller Ehrman LLP

Pursuant to the Court's Order of March 3, 2008 [Docket No. 87], the parties submit this Joint Case Status Report for the above-captioned matter.

As noted in the parties' February 28, 2008 Stipulation [Docket No. 86], on September 20, 2007, the Court ordered that this case be stayed pending arbitration. Arbitration proceedings are ongoing before the International Centre for Dispute Resolution. Discovery is ongoing. At the request of Plaintiff Amisil Holdings, Ltd. (the claimant and counter-respondent in the arbitration proceedings), the arbitration hearing has recently been postponed from December 1, 2008 to March 2, 2009.

On August 28, 2008, the Panel in the arbitration proceeding granted the request of Reed Smith, LLP, counsel to Claimant Amisil Holdings, Ltd., to withdraw as counsel in that proceeding. Amisil states that it will shortly advise the Court of its substituted counsel of record in the arbitration proceeding, and will file the appropriate papers to accomplish substitution of counsel in this case, pursuant to the rules of this Court. Defendants (Respondents in the arbitration proceeding) asked the Panel in the arbitration proceeding to ensure that Amisil's change of counsel not be allowed to delay the resolution of that proceeding, and the Panel has ordered Amisil to keep Respondents and the Panel apprised of its efforts to appoint new counsel. Depending on Amisil's conduct going forward, including whether it promptly appoints new counsel, Defendants may seek relief from this Court in connection with Reed Smith's withdrawal.

//
//
//
//
//
//
//
//

Pursuant to the Court's March 3, 2008 Order, the parties will submit a further Joint Case Status Report in 90 days or will timely advise the Court of any interim developments affecting this Court's jurisdiction.

September 2, 2008                         HELLER EHRMAN LLP


                                          By ____/s/ Nathaniel R. Spencer-Mork____
                                                  NATHANIEL R. SPENCER-MORK

                                          Attorneys for Defendants
                                          CLARIUM CAPITAL MANAGEMENT LLC,
                                          PETER A. THIEL, MARK WOOLWAY, and
                                          JASON PORTNOY

September 2, 2008                         REED SMITH LLP


                                          By ____/s/  Theodore T. Ting____
                                                  THEODORE T. TING

                                          Attorneys for Plaintiff
                                          AMISIL HOLDINGS, LTD.

**GENERAL ORDER 45 ATTESTATION**

I, Nathaniel R. Spencer-Mork, am the ECF User whose ID and password are being used to file this **JOINT CASE STATUS REPORT**.  In compliance with General Order 45, X.B., I hereby attest that Theodore T. Ting, Counsel for Plaintiffs, has concurred in this filing.

Dated: September 2, 2008                  By ____/s/ Nathaniel R. Spencer-Mork____
                                                  NATHANIEL R. SPENCER-MORK

                                          Attorneys for Defendants
                                          CLARIUM CAPITAL MANAGEMENT
                                          LLC, PETER A. THIEL, MARK
                                          WOOLWAY, and JASON PORTNOY