Christopher L. Wanger (State Bar No. 164751)
E-mail: cwanger@manatt.com
Bruce B. Kelson (State Bar No. 202441)
E-mail: bkelson@manatt.com
Ann M. Heimberger (State Bar No. 197060)
E-mail: aheimberger@manatt.com
Kelly L. Knudson (State Bar No. 244445)
E-mail: kknudson@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
Amisil Holdings, Ltd.

FILED
DEC 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMISIL HOLDINGS LTD., a Cyprus Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARIUM CAPITAL MANAGEMENT, LLC, f/k/a/ THIEL CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, PETER ANDREAS THIEL, a California resident, JASON PORTNOY, a California resident, MARK WOOLWAY, a California Resident,<br><br>Defendants. | Case No. 06-CV-5255-SBA<br><br>[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL<br><br>N.D. CAL. CIVIL L.R. 11-5 |

The law firm of Reed Smith LLP hereby seeks an Order permitting its withdrawal from the representation of Plaintiff Amisil Holdings, Ltd. ("Amisil") in this matter and Amisil seeks to substitute the law firm of Manatt, Phelps & Phillips, LLP as its counsel of record, in place and instead of Reed Smith. Reed Smith has previously provided notice of its intent to withdraw to all other parties as evidenced by the parties' December 1, 2008 Joint Case Status Report (Docket No. 94).

1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER PERMITTING WITHDRAWAL
OF COUNSEL & SUBSTITUTION OF NEW COUNSEL

CASE NO. 06-CV-5255-SBA

Dated: December 4, 2008         AMISIL HOLDINGS, LTD.

By: /s/ Amit Choudhury
    Amit Choudhury
*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of the document has been obtained.*

We accept said substitution.

Dated: December 4, 2008         MANATT, PHELPS & PHILLIPS, LLP.

By: /s/ Christopher L. Wanger
    Christopher L. Wanger
    *Attorneys for Plaintiff*

We agree to said substitution.

Dated: December 3, 2008         REED SMITH LLP

By: /s/ Harvey L. Leiderman
    Harvey L. Leiderman
*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of the document has been obtained.*

## ORDER

Based on the foregoing and good cause appearing, it is hereby ordered that the law firm of Reed Smith LLP be permitted to withdraw as counsel for Amisil in this action and that Amisil be permitted to substitute the law firm of Manatt, Phelps and Phillips LLP as its counsel in this action.

Dated: 12-19-08

United States District Judge Saundra B. Armstrong

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER PERMITTING WITHDRAWAL
OF COUNSEL & SUBSTITUTION OF NEW COUNSEL

CASE NO. 06-CV-5255-SBA