Howard S. Caro (SBN 202082)
Benjamin T. Diggs (SBN 245904)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499
hscaro@hhlaw.com
btdiggs@hhlaw.com

Robert B. Hawk (SBN 118054)
J. Christopher Mitchell (SBN 215639)
HOGAN & HARTSON LLP
525 University Avenue, 2nd Floor
Palo Alto, CA  94301
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
rbhawk@hhlaw.com.
jcmitchell@hhlaw.com

Attorneys for Defendants
Clarium Capital Management LLC, Peter Thiel, Jason Portnoy and Mark Woolway
                and
Plaintiffs Clarium Capital Management LLC and Peter Thiel

[Appearance of additional counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS, LTD.<br><br>                    Plaintiff,<br><br>     v.<br><br>CLARIUM CAPITAL MANAGEMENT LLC, et al.,<br><br>                    Defendants. | CASE NO: C 06-5255-SBA |
| CLARIUM CAPITAL MANAGEMENT LLC, et al.<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMIT CHOUDHURY, et al.,<br><br>                    Defendants. | CASE NO.  C 08-5157-SBA<br><br>**JOINT CASE STATUS REPORT**<br><br>**THE HONORABLE SAUNDRA B. ARMSTRONG** |

1  Pursuant to the Court's Orders of March 3, 2008 [Case No. C 06-5255-SBA; Docket
2 No. 87] and February 11, 2009 [Case No. C 08-5157-SBA; Docket No. 25], the parties
3 submit this Joint Status Report for the above-captioned related matters.

4  Joint Statement

5  On September 20, 2007, the Court ordered that Case No. C 06-5255-SBA be stayed
6 pending arbitration. Arbitration proceedings are ongoing at this time under the auspices of
7 the International Centre for Dispute Resolution ("ICDR"). The previously-set arbitration
8 hearing date of March 2, 2009 has been continued to July 6-10 and July 20-24, 2009.

9  On February 11, 2009, the Court ordered that related Case No. C 08-5157 be stayed
10 pending arbitration. Defendant Amit Choudhury brought an arbitration proceeding styled as
11 a request for declaratory relief before the ICDR. A preliminary hearing in that matter is
12 scheduled for March 16, 2009.

13 ///
14 ///
15 ///

1   The parties will submit a further Joint Case Status Report in 90 days or will timely
2   advise the Court of any interim developments affecting this Court's jurisdiction.

4   DATED: February 27, 2009          HOGAN & HARTSON LLP

6                                      By:_____/s/_____
                                            HOWARD S. CARO
7                                      Attorneys for Defendants (No. C 06-5255-SBA)
                                       CLARIUM CAPITAL MANAGEMENT LLC,
8                                      PETER THIEL, JASON PORTNOY, and MARK
                                       WOOLWAY
9
                                       and Plaintiffs (No. C 08-5157-SBA)
10                                     CLARIUM CAPITAL MANAGEMENT LLC and
                                       PETER THIEL

13  DATED: February 27, 2009          MANATT, PHELPS & PHILLIPS LLP

15                                     By:_____/s/_____
                                            Christoper L. Wanger
16                                     Attorneys for Plaintiff (No. C 06-5255-SBA)
                                       AMISIL HOLDINGS, LTD.
17
                                       and Defendant (No. C 08-5157-SBA)
18                                     AMIT CHOUDHURY

2

1  I, Howard Caro, am the ECF User whose ID and password are being used to file this Joint
2  Case Status Report.  In compliance with General Order 45, X.B., I hereby attest that Christopher L.
3  Wanger has concurred in this filing.

5  DATED: February 27, 2009            HOGAN & HARTSON LLP

7                                       By _____/s/_____
                                              HOWARD S. CARO