1  Howard S. Caro (SBN 202082)
   Benjamin T. Diggs (SBN 245904)
2  HOGAN & HARTSON LLP
   4 Embarcadero Center, 22nd Floor
3  San Francisco, CA  94111
   Telephone:  (415) 374-2300
4  Facsimile:  (415) 374-2499
   hscaro@hhlaw.com
5  btdiggs@hhlaw.com

6  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
7  HOGAN & HARTSON LLP
   525 University Avenue, 2nd Floor
8  Palo Alto, CA  94301
   Telephone:  (650) 463-4000
9  Facsimile:  (650) 463-4199
   rbhawk@hhlaw.com.
10 jcmitchell@hhlaw.com

11 Attorneys for Defendants Clarium Capital Management LLC, Peter Thiel, Jason Portnoy
   and Mark Woolway
12             and
   Plaintiffs Clarium Capital Management LLC and Peter Thiel
13
   [Appearance of additional counsel on signature page]
14

15                UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISIL HOLDINGS, LTD.<br><br>                     Plaintiff,<br><br>     v.<br><br>CLARIUM CAPITAL MANAGEMENT LLC, et al.,<br><br>                     Defendants. | CASE NO: C 06-5255-SBA |
| CLARIUM CAPITAL MANAGEMENT LLC, et al.<br><br>                     Plaintiffs,<br><br>     v.<br><br>AMIT CHOUDHURY, et al.,<br><br>                     Defendants. | CASE NO.  C 08-5157-SBA<br><br>**JOINT CASE STATUS REPORT**<br><br>**THE HONORABLE SAUNDRA B. ARMSTRONG** |

JOINT CASE STATUS REPORT; CASE NO: C 06-5255-SBA
\\\033561/000001 - 34290 v1

Pursuant to the Court's Orders of March 3, 2008 [Case No. C 06-5255-SBA; Docket No. 87] and February 11, 2009 [Case No. C 08-5157-SBA; Docket No. 25], the parties submit this Joint Status Report for the above-captioned related matters.

Joint Statement

On September 20, 2007, the Court ordered that Case No. C 06-5255-SBA be stayed pending arbitration. Arbitration proceedings are ongoing at this time under the auspices of the International Centre for Dispute Resolution ("ICDR"). The previously-set arbitration hearing date of March 2, 2009 has been continued to July 6-10 and July 20-24, 2009.

On February 11, 2009, the Court ordered that related Case No. C 08-5157 be stayed pending arbitration. Defendant Amit Choudhury brought an arbitration proceeding styled as a request for declaratory relief before the ICDR.

On May 11, 2009, an ICDR panel ordered that all of the claims of Clarium Capital Management LLC and Peter Thiel asserted in this action against Amit Choudhury are arbitrable. Mr. Choudhury's arbitration proceeding was consolidated with the ongoing arbitration arising out of Case No. C 06-5255-SBA. Both Related Cases are now proceeding before the same ICDR arbitration panel for hearing in July, 2009.

The parties have no further updates to the Joint Case Status Report submitted on February 27, 2009.

///
///
///

1  The parties will submit a further Joint Case Status Report in 90 days or will timely
2  advise the Court of any interim developments affecting this Court's jurisdiction.

4  DATED: May 28, 2009                HOGAN & HARTSON LLP

6                                     By:_____/s/_____
                                              HOWARD S. CARO

7  Attorneys for Defendants (No. C 06-5255-SBA)
   CLARIUM CAPITAL MANAGEMENT LLC,
8  PETER THIEL, JASON PORTNOY, and MARK
   WOOLWAY

9  and Plaintiffs (No. C 08-5157-SBA)
10 CLARIUM CAPITAL MANAGEMENT LLC and
   PETER THIEL

13 DATED: May 28, 2009                MANATT, PHELPS & PHILLIPS LLP

15                                    By:_____/s/_____
                                              Bruce B. Kelson

16 Attorneys for Plaintiff (No. C 06-5255-SBA)
   AMISIL HOLDINGS, LTD.

17 and Defendant (No. C 08-5157-SBA)
18 AMIT CHOUDHURY

2

JOINT CASE STATUS REPORT; CASE NO: C 06-5255-SBA
\\\033561/000001 - 34290 v1

1   I, Howard Caro, am the ECF User whose ID and password are being used to file this Joint
2   Case Status Report.  In compliance with General Order 45, X.B., I hereby attest that Bruce B.
3   Kelson has concurred in this filing.
4
5   DATED: May 28, 2009                HOGAN & HARTSON LLP
6
7                                      By _____/s/_____
                                           HOWARD S. CARO
8