1  Christopher L. Wanger (State Bar No. 164751)
   E-mail:  cwanger@manatt.com
2  Bruce B. Kelson (State Bar No. 202441)
   E-mail:  bkelson@manatt.com
3  Kelly L. Knudson (State Bar No. 244445)
   E-mail:  kknudson@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   One Embarcadero Center, 30th Floor
5  San Francisco, CA  94111
   Telephone:  (415) 291-7400
6  Facsimile:  (415) 291-7474

7  Attorneys for Plaintiff
   Amisil Holdings, Ltd.
8

9             UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 AMISIL HOLDINGS LTD., a Cyprus           Case No. 06-CV-5255-SBA
   Corporation,
14                                          STIPULATION OF DISMISSAL
                Plaintiff,                  WITH PREJUDICE PURSUANT
15                                          TO FED. R. CIV. P. 41(a)(1)(A)(ii)
        vs.
16
   CLARIUM CAPITAL MANAGEMENT, LLC,
17 f/k/a/ THIEL CAPITAL MANAGEMENT, LLC,
   a Delaware Limited Liability Company,
18 PETER ANDREAS THIEL, a California resident,
   JASON PORTNOY, a California resident, and
19 MARK WOOLWAY, a California Resident,

20              Defendants.

21

22        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Amisil Holdings Ltd., and

23 Defendants, Clarium Capital Management, LLC f/k/a Thiel Capital Management, LLC, Peter

24 Andreas Thiel, Jason Portnoy and Mark Woolway, hereby agree that this action and all claims

25 presented herein are hereby dismissed with prejudice, with each party waiving its or his rights of

26 appeal and bearing its or his own attorneys' fees and costs.

27

28

                                    1

| | | |
|---|---|---|
| 1 | Dated: July 16, 2009 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | By:  /s/ *Christopher L. Wanger* |
| 3 | | Christopher L. Wanger |
| 4 | | Attorneys for Plaintiff Amisil Holdings Ltd. |

Dated: July 16, 2009                HOGAN & HARTSON LLP

By:  /s/ *Howard S. Caro*
Howard S. Caro

Attorneys for Defendants
Clarium Capital Management, LLC
f/k/a Thiel Capital Management, LLC,
Peter Andreas Thiel, Jason Portnoy and Mark Woolway

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of the document has been obtained.*

90079502.2